# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANA HARRIS, o/b/o the estate of KENNETH KRUPP, <br><br>  Plaintiff, <br><br> v. <br><br> KILOLO KIJAKAZI, <br> Acting Commissioner of Social Security, <br><br>  Defendant. | Case No.: 1:21-cv-01299-GSA <br><br> ORDER EXTENDING BRIEFING SCHEDULE |

Based upon the parties' stipulation,

IT IS ORDERED that Plaintiff shall have an extension of time to and including August 8, 2022 to file a Motion for Summary Judgment. All other deadlines are extended accordingly.

IT IS SO ORDERED.

Dated:  **July 25, 2022**          /s/ Gary S. Austin
                                   UNITED STATES MAGISTRATE JUDGE