1  Phillip Talbert
   United States Attorney
2  PETER K. THOMPSON (HI 5890)
   Acting Regional Chief Counsel, Region IX
3  Social Security Administration
4  MARY TSAI, CSBN 216963
   Special Assistant United States Attorney
5       160 Spear Street, Suite 800
        San Francisco, California 94105
6       Telephone: 510-970-4864
7       Facsimile: (415) 744-0134
        E-Mail: mary.tsai@ssa.gov
8  Attorneys for Defendant

9              UNITED STATES DISTRICT COURT

10            EASTERN DISTRICT OF CALIFORNIA

11                    FRESNO DIVISION

12

13  DIANA HARRIS,                          ) Case No.: 1:21-cv-01299-GSA
    as Heir and Representative of the estate of )
14  Kenneth Krupp,                         ) STIPULATION FOR AN EXTENSION OF
                                           ) TIME; [PROPOSED] ORDER
15              Plaintiff,                 )
                                           )
16       vs.                               )
    KILOLO KIJAKAZI,                       )
17  Acting Commissioner of Social Security,)
                                           )
18              Defendant.                 )

19

20      Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the

21  parties, through their respective counsel of record, that the time for Defendant to respond to

22  Plaintiff's Motion for Summary Judgment be extended thirty (30) days from September 22,

23  2022, up to and including October 24, 2022.  This is the parties' fifth stipulation for an extension

24  of the Court's Scheduling Order, and Defendant's first extension.

25      Defendant requests this extension because undersigned counsel for the Defendant will

26  have to take unanticipated leave to care for a family member undergoing surgery later in

27  September 2022, and has also been caring for another family member who has mobility issues

28

                                      1

due to a recent accident, in the meantime. Moreover, the undersigned has several briefs due in the next month.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated:  September 14, 2022        /s/  Monica Perales*
                                  MONICA PERALES
                                  Attorney for Plaintiff
                                  *as authorized via e-mail on September 14, 2022

Dated: September 14, 2022         Phillip Talbert
                                  United States Attorney
                                  PETER K. THOMPSON (HI 5890)
                                  Acting Regional Chief Counsel, Region IX
                                  Social Security Administration

                            By:   /s/  Mary Tsai
                                  MARY TSAI
                                  Special Assistant U.S. Attorney

                                  Attorneys for Defendant

## **ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED that Defendant shall have an extension, up to and including October 24, 2022, to respond to Plaintiff's Motion for Summary Judgment.

IT IS SO ORDERED.

   Dated:   **September 16, 2022**              **/s/ Gary S. Austin**
                                        UNITED STATES MAGISTRATE JUDGE