1  PHILLIP A. TALBERT
   United States Attorney
2  MATHEW W. PILE, WSBA No. 32245
   Associate General Counsel
3  Office of Program Litigation, Office 7
   Social Security Administration
4  MARY TSAI, CSBN 216963
   Special Assistant United States Attorney
5      160 Spear Street, Suite 800
       San Francisco, California 94105
6      Telephone: (510) 970-4864
       Facsimile: (415) 744-0134
7      E-Mail: mary.tsai@ssa.gov

8  Attorneys for Defendant

9

10         UNITED STATES DISTRICT COURT

11         EASTERN DISTRICT OF CALIFORNIA

12         FRESNO DIVISION

13

| | |
|---|---|
| DIANA HARRIS, as Heir and Representative of the estate of Kenneth Krupp,<br>    Plaintiff,<br>    v.<br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br>    Defendant. | CIVIL NO. 1:21-cv-01299-GSA<br><br>**STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT; ORDER** |

    IT IS HEREBY STIPULATED, by and between the parties, through their undersigned attorneys, and with the approval of the Court, that the Commissioner of Social Security has agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g).  The purpose of the remand is to offer Plaintiff a new decision.

    On remand, the Commissioner will further develop the record as necessary, and issue a new decision. The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

| | | |
|---|---|---|
| Dated: September 26, 2022 | | /s/ Monica Perales *<br>MONICA PERALES<br>Attorney for Plaintiff<br>*Authorized via e-mail on September 26, 2022 |
| | | PHILLIP A. TALBERT<br>United States Attorney<br>MATHEW W. PILE<br>Associate General Counsel<br>Office of Program Litigation, Office 7<br>Social Security Administration |
| | By: | /s/ Mary Tsai<br>MARY TSAI<br>Special Assistant United States Attorney |
| | | Attorneys for Defendant |

**ORDER**

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment, and for cause shown, IT IS ORDERED that the above-captioned action is remanded to the Acting Commissioner of Social Security for further proceedings pursuant to the Social Security Act § 205(g), as amended, 42 U.S.C. § 405(g), sentence four.  On remand, the Appeals Council will remand the case to an administrative law judge for a new decision in accordance with the parties' Stipulation.

The Clerk of the Court is directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

IT IS SO ORDERED.

Dated:   **September 26, 2022**                         **/s/ Gary S. Austin**
                                                    UNITED STATES MAGISTRATE JUDGE