UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANA HARRIS, as representative of the estate of Kenneth Krupp,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>KILOLO KIJAKAZI, ACTING Commissioner of Social Security,<br><br>　　　　Defendant. | CASE NO.: 1:21-cv-01299-GSA<br><br>**ORDER FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920** |

Pursuant to the parties' stipulation (Doc. 31), it is **ORDERED** that Diana Harris ("Harris") is awarded attorney fees and expenses in the amount of five thousand two hundred and sixteen dollars and thirty cents' ($5,216.30) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), and costs in the amount of zero dollars ($0.00) under 28 U.S.C. § 1920, subject to the terms of the stipulation.

IT IS SO ORDERED.

　Dated: __**January 2, 2023**__　　　　　　　__**/s/ Gary S. Austin**__
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE